# Court of Appeals
# of the State of Georgia

ATLANTA, __May 17, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1668.  CLIFFORD FOSKEY v. THE STATE.**

On April 2, 2012, Clifford Foskey pled guilty to several counts of theft by taking.  On December 7, 2012, he filed a "Motion to Modify Sentence," arguing that his sentence was excessive.  The trial court denied his motion on January 17, 2013.  Foskey filed this direct appeal on March 21, 2013.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Foskey filed his notice of appeal 63 days after entry of the order he seeks to challenge.  His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*